UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALIVIA BLOUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00343 |
| | ) |
| WHOLE FOODS MARKET | ) |
| DOWNTOWN NASHVILLE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows:

1. Whole Foods's second objection to the Magistrate Judge's recommendation that its Motion for Summary Judgment (Doc. No. 120) be denied (Doc. No. 172) is **SUSTAINED**;

2. Whole Foods's remaining objections (Doc. No. 172) and Blount's objections (Doc. No. 156) are **OVERRULED AS MOOT**;

3. The R&R (Doc. No. 155) is not accepted;

4. Whole Foods's Motion for Summary Judgment (Doc. No. 120) is **GRANTED**;

5. Blount's Motion for Summary Judgment (Doc. No. 125) and Whole Foods's Motion to Strike (Doc. No. 154) are **DENIED AS MOOT**;

6. The upcoming pretrial conference, trial, and all related deadlines are **CANCELLED**; and

7. All other pending motions (Doc. Nos. 162–64, 66–69, 183–95, 202 and 213) are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE